PHILIP R. SELLINGER
United States Attorney
MATTHEW J. MAILLOUX
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.:   (973) 645-2837
Email: Matthew.Mailloux@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELEBRITY OF SPRINGFIELD, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.,* <br><br> *Defendants.* | HON. WILLIAM J. MARTINI <br><br> Civ. No. 2:23-cv-01720(WJM)(CLW) <br><br> **NOTICE OF MOTION** |

To:    Thomas A. Gentile, Esq. (by ECF)
       *Attorney for Plaintiff Celebrity of Springfield*

PLEASE TAKE NOTICE, that on January 21, 2025, at 10:00 AM, or as soon thereafter as counsel may be heard, Philip R. Sellinger, United States Attorney for the District of New Jersey (Matthew J. Mailloux, Assistant United States Attorney, appearing), as attorney for Defendants United States Small Business Administration and Isabel Guzman, in Her Official Capacity as the Administrator of the Small Business Administration, will apply to this Court for an order granting their cross-motion for summary judgment, denying Plaintiff's cross-motion for summary judgment, and dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 56.  In

1

support of this motion, the Defendants respectfully refer the Court to the memorandum of law and Administrative Record filed in support of the motion and ask that the Court decide this motion on the papers submitted, without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Dated: Newark, New Jersey
     October 30, 2024

PHILIP R. SELLINGER
United States Attorney

By:    */s/ Matthew J. Mailloux*
     MATTHEW J. MAILLOUX
     Assistant United States Attorney
     *Attorneys for Defendants*