## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELEBRITY OF SPRINGFIELD, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.,* <br><br> *Defendants.* | HON. WILLIAM J. MARTINI <br><br> Civ. No. 2:23-cv-01720(WJM)(CLW) <br><br> **[PROPOSED] ORDER** |

THIS MATTER, having come before the Court on Defendants' cross-motion for summary judgment pursuant to Fed. R. Civ. P. 56; and the Court having considered Plaintiff's cross-motion; the supporting papers of both parties; and for good cause shown, IT IS on this _____ day of _____, 2025,

**ORDERED** that Defendants' cross-motion is **GRANTED**;

Plaintiff's cross-motion is **DENIED**;

And it is further **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

_____
WILLIAM J. MARTINI
U.S. DISTRICT JUDGE

1