

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Matthew J. Mailloux*
*Assistant United States Attorney*

970 Broad Street, Suite 700   main: (973) 645-2700
Newark, NJ 07102   direct: (973) 645-2837
matthew.mailloux@usdoj.gov

December 5, 2024

**By ECF**
The Hon. William J. Martini
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Celebrity of Springfield, LLC v. U.S. Small Business Administration*,
No. 2:23-cv-01720(WJM)(CLW)

Dear Judge Martini:

We represent Defendant U.S. Small Business Administration ("SBA") in this Administrative Procedure Act ("APA") case brought by Plaintiff Celebrity of Springfield. On behalf of the parties, we write to respectfully propose a 14-day extension of the briefing schedule for the parties' responses, and replies if necessary, for their respective cross-motions for summary judgment. *See* Dkt. No. 22.[1]

As Your Honor is aware, Plaintiff challenges the SBA's decision denying Plaintiff's request for forgiveness of its Paycheck Protection Program loan. The parties filed their cross-motions for summary judgment and the administrative record at issue in this APA case. *See* Dkt. Nos. 23-24, 27-33. In preparing the Government's response to Plaintiff's cross-motion, we understand that the Government may need to coordinate with additional stakeholders, including within the Department of Justice, before receiving approval to file the response. Unfortunately, we do not anticipate being able to receive this approval before the current December 6, 2024 deadline to file a responsive pleading. Additionally, Plaintiff's counsel advised that the current deadline for the filing of a reply brief, January 10, 2025, would have posed a conflict because of a previously-scheduled trial

---

[1] The parties understand that the Court ordered that no further extensions will be granted, apologize for the necessity of this request, and respectfully submit that good cause exists for the requested relief.

to take place in January 2025. Accordingly, the parties submit that good cause exists to extend the deadline for the filing of the parties' responses, and replies if necessary, by 14 days. The parties respectfully request that the Court extend the deadline for filing responsive briefs until December 20, 2024, and extend the deadline to file reply briefs until January 24, 2025. The parties apologize for the necessity of making this request and appreciate the Court's consideration. The parties also agree to confer after serving their respective responses to determine if they can agree to forgo the filing of reply briefs.

    We appreciate the Court's consideration of this request.

Respectfully Submitted,

PHILIP R. SELLINGER
United States Attorney

By: *s/ Matthew J. Mailloux*
MATTHEW J. MAILLOUX
Assistant United States Attorney

cc:    Counsel of Record (By ECF)