UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELEBRITY OF SPRINGFIELD, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.<br><br>Defendants. | Civ. No. 2:23-cv-01720-WJM-CLW<br><br>ORDER |

**WILLIAM J. MARTINI, U.S.D.J.:**

  This matter comes before the Court on the cross motions for summary judgment filed by Plaintiff Celebrity of Springfield, LLC and Defendants the United States Small Business Administration ("SBA") and Isabel Guzman in her official capacity as administrator of the SBA (collectively, "Defendants")[1] pursuant to Rule 56 of the Federal Rules of Civil Procedure. ECF Nos. 23 & 24. For the reasons set forth in the accompanying Opinion, Plaintiff's motion for summary judgment is **DENIED**, and Defendants' motion for summary judgment is **GRANTED**.

WILLIAM J. MARTINI, U.S.D.J.

DATE: May 2, 2025

---

[1] Current SBA administrator Kelly Loeffler is substituted for Ms. Guzman as a party. Fed. R. Civ. P. 25(d).

1