**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CELEBRITY OF SPRINGFIELD, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES SMALL BUSINESS ADMINISTRATION; and ISABEL GUZMAN, in her official capacity as Administrator of the United States Small Business Administration, <br><br> *Defendants.* | Civil No. 2:23-CV-1720-WJM-CLW <br><br> The Honorable William J. Martini, U.S.D.J. <br><br> **NOTICE OF APPEAL to the United States Court of Appeals for the Third Circuit** |

NOTICE is hereby given that CELEBRITY OF SPRINGFIELD, LLC appeals to the

United States Court of Appeals for the Third Circuit from the ORDER of the United States District

Court for the District of New Jersey, entered in this action on May 2, 2025.

Dated: May 27, 2025

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ Thomas A. Gentile
Thomas A. Gentile, Esq.

*Attorneys for Appellant*
Celebrity of Springfield, LLC

7 Giralda Farms
Madison, New Jersey 07940
Phone:  (973) 735-5785
Fax:  (973) 624-0808
thomas.gentile@wilsonelser.com

1