UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 25-2026

---

CELEBRITY OF SPRINGFIELD LLC,
Appellant

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION;
ADMINISTRATOR UNITED STATES SMALL BUSINESS ADMINISTRATION

---

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:23-cv-01720)
District Judge: Honorable William J. Martini

---

Submitted Under Third Circuit L.A.R. 34.1(a)
September 17, 2026

Before: HARDIMAN, BIBAS, and RENDELL, Circuit Judges

---

JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 17, 2026. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on May 2, 2025, is hereby **AFFIRMED**. All in accordance with the Opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 18, 2026

**Certified as a true copy and issued in lieu of a formal mandate on** November 9, 2026

**Teste:** Patricia S. Dodszuweit
**Clerk, U.S. Court of Appeals for the Third Circuit**